**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NELSON ARMANDO FOLGAR, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No.   15-71072 <br><br> Agency No. A094-290-134 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Immigration Judge

Submitted August 7, 2019[**]

Before:  THOMAS, Chief Judge, HAWKINS and McKEOWN, Circuit Judges.

Nelson Folgar, a native and citizen of Honduras, petitions for review of an immigration judge's ("IJ") order affirming an asylum officer's negative reasonable fear determination.  We have jurisdiction under 8 U.S.C. § 1252(a)(1), and we deny the petition.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

"We review the IJ's determination that [Folgar] did not establish a reasonable fear of persecution or torture for substantial evidence." *Bartolome v. Sessions*, 904 F.3d 803, 811 (9th Cir. 2018). Substantial evidence supports the IJ's conclusion that Folgar failed to establish that he was or would be persecuted on account of a protected ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (an applicant's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"); *see also Reyes v. Lynch*, 842 F.3d 1125, 1131 (9th Cir. 2016) (in order to demonstrate membership in a particular group, "[t]he applicant must 'establish that the group is (1) composed of members who share a common immutable characteristic, (2) defined with particularity, and (3) socially distinct within the society in question'" (quoting *Matter of M-E-V-G-*, 26 I. & N. Dec. 227, 237 (BIA 2014))). "Similarly, [Folgar] failed to provide any evidence that he would be or was in danger of being tortured with the acquiescence of the government." *Bartolome*, 904 F.3d at 814.

**PETITION FOR REVIEW DENIED.**